Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
Rebecca A. Netter (State Bar No. 252042)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Jana McCoy, Henry Mitchell and Jeff Huber

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, HENRY MITCHELL and JEFF HUBER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>CULLUM & BURKS SECURITIES, INC., SECURITIES AMERICA, INC., AMERIPRISE FINANCIAL, INC., and CAPWEST SECURITIES, INC.<br>　　　　　　Defendants. | Case No. 8:09-CV-01084-DOC-RNB<br><br>STIPULATION |

1

1  WHEREAS, on September 18, 2009, plaintiffs Jana McCoy, Henry Mitchell, and Jeff Huber ("Plaintiffs") filed a putative Class Action Complaint (the "Complaint") in the above-captioned matter; and

WHEREAS, Plaintiffs have indicated that they intend to amend their Complaint following the Court's selection of lead plaintiff and lead counsel pursuant to the provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 77z-1(a)(3);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants Securities America, Inc. and Ameriprise Financial, Inc. (collectively, "Defendants"), through their undersigned counsel, as follows:

1. Defendants shall not be required to answer, move against, or otherwise respond to the Complaint.

2. Defendants shall have thirty (30) days from service of the Amended Complaint to answer, move against, or otherwise respond to the Amended Complaint.

3. In the event that Defendants intend to move to dismiss the Amended Complaint, the parties will discuss a briefing schedule and submit a proposed schedule to the Court at the time of response to the Amended Complaint.

DATED: October 28, 2009         Respectfully submitted,

**GIRARD GIBBS LLP**

By: __/s/ Jonathan K. Levine_____
       Jonathan K. Levine

Daniel C. Girard
Amanda M. Steiner
Rebecca A. Netter
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative

2
STIPULATION
CASE NO. 8:09-CV-01084-DOC-RNB

|   |   |   |
|---|---|---|
| 1 |   | Plaintiffs Jana McCoy, Henry Mitchell and Jeff Huber |
| 2 |   |   |
| 3 | DATED: October 28, 2009 | Respectfully submitted, |

**MARGOLIS & TISMAN LLP**

By: ___/s/ Mike Margolis_____
      Mike Margolis

444 South Flower Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 683-0300
Facsimile:  (213) 683-0303

Attorneys for Defendants Securities America, Inc. & Ameriprise Financial, Inc.