Daniel C. Girard (State Bar No. 114826)
dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
jkl@girardgibbs.com
Amanda M. Steiner (State Bar No. 190047)
as@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiffs Jana McCoy, Henry Mitchell, Jeff Huber,
Alvin and June Sabroff, James and
Cheryl Merrill and Don Ribacchi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, HENRY MITCHELL and JEFF HUBER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CULLUM & BURKS SECURITIES, INC., SECURITIES AMERICA, INC., AMERIPRISE FINANCIAL, INC., and CAPWEST SECURITIES, INC.<br><br>Defendants. | Case No. SACV09-01084-DOC(RNBx)<br><br>**ORDER GRANTING MOTION OF THE McCOY GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**<br><br>Date: December 14, 2009<br>Time: 8:30 a.m.<br>Before the Honorable David O. Carter |

NOTE: CHANGES MADE BY THE COURT

---

ORDER
CASE NO. 8:09-CV-01084-DOC-RNB

| | |
|---|---|
| ALVIN SABROFF and JUNE SABROFF on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> SECURITIES AMERICA, INC., AMERIPRISE FINANCIAL, INC. and SECURITIES AMERICA FINANCIAL CORPORATION, <br><br> Defendants. | Case No. 8:09-CV-01295-JVS-MLG |
| JAMES K. MERRILL and CHERYL A. MERRILL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL SECURITIES CORPORATION and NATIONAL HOLDINGS CORPORATION, <br><br> Defendants. | Case No. 8:09-CV-01340-DOC-MLG |
| DON RIBACCHI on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CAPITAL FINANCIAL SERVICES, INC. and CAPITAL FINANCIAL HOLDINGS, INC., <br><br> Defendants. | Case No. 8:09-CV-8482- DOC-RNB |

Upon consideration of the unopposed motions and supporting papers filed by the movants for lead plaintiff in the above-captioned actions and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Motion Of The McCoy Group For Consolidation, Appointment As Lead Plaintiff And Approval Of Counsel is **GRANTED**.

2. Related actions SACV 09-1084 DOC (RNBx), SACV 09-1295 DOC (RNBx), SACV 09-1340 DOC (MLGx), and CV 09-8482 DOC (RNBx) arise out of common alleged facts and raise common legal questions. Accordingly, the Court hereby **CONSOLIDATES** them pursuant to Federal Rule of Civil Procedure 42(a) for all purposes under the number of the low-numbered case, SACV 09-1084 DOC (RNBx). FROM NOW ON ALL DOCUMENTS RELATING TO ANY OF THE CASES SHOULD BE FILED UNDER NUMBER SACV 09-1084 DOC (RNBx). Each document should also include the case number of the consolidated case to which it refers.

3. The McCoy Group (comprised of Jana McCoy, Henry Mitchell, Jeff Huber, Alvin and June Sabroff, James and Cheryl Merrill and Don Ribacchi) is hereby **APPOINTED** to serve as Lead Plaintiff for all PSLRA claims arising out of the offer and sale of Med Cap Securities as alleged in the consolidated action pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4. The law firms of Girard Gibbs LLP and Zwerling, Schachter & Zwerling, LLP are hereby **APPOINTED** to serve as Co-Lead Counsel in the consolidated action pursuant to Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

DATED: December 8, 2009

*David O. Carter*

The Honorable David O. Carter
United States District Judge