JEFFREY K. RIFFER (State Bar No. 87016)
jriffer@elkinskalt.com
SUSAN C. V. JONES (State Bar No. 149446)
sjones@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants NATIONAL SECURITIES CORP. and NATIONAL HOLDINGS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>CULLUM & BURKS SECURITIES, INC., et al.,<br><br>Defendants.<br><br>This document relates to:<br>No. 09-SACV-1084 DOC (RNBx)<br>No. 09-SACV-1295 DOC (RNBx)<br>No. 09-SACV-1340 DOC (MLG)<br>No. 09-SACV-8482 DOC (RNBx) | CASE No. SACV 09-1084 DOC(RNBx)<br><br>DEFENDANT NATIONAL SECURITIES CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT<br><br>Date: May 24, 2010<br>Time: 8:30 a.m.<br>Place: Ctrm 9D |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on May 24, 2010, in Courtroom 9D of the above-referenced Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, the Honorable David O. Carter presiding, Defendant National Securities Corp. ("National Securities") will and hereby does move to dismiss the

3766v1

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California  90067
Telephone: 310.746.4400 • Facsimile: 310.746.4499

Consolidated Amended Class Action Complaint (the "Complaint") of Plaintiffs.

**This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 19, 2010.**

This Motion is made on the grounds that Plaintiffs fail to satisfy the pleading requirements of Federal Rules of Civil Procedure 8 and 9(b); Plaintiffs fails to state a claim under Section 12(a)(1) of the Securities Act of 1933, 15 U.S.C. § 77l(a)(1); and Plaintiffs fail to state a claim under Section 12(a)(2) of the Securities Act of 1933.  15 U.S.C. § 77l(a)(2).  Accordingly, National Securities hereby moves the Court to dismiss the Complaint, in its entirety, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the Notice of Motion and Motion and Memorandum of Points and Authorities filed by co-defendant Securities America, Inc.; all pleadings and papers on file in this action; and any additional documents or argument that may be presented to the Court at the time of the hearing.

DATED:  March 1, 2010                ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By:  /s/  Susan C. V. Jones
Susan C. V. Jones
Attorneys for Defendants NATIONAL SECURITIES CORP. and NATIONAL HOLDINGS CORP.

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1800 Century Park East, 7th Floor, Los Angeles, California 90067.

On March 1, 2010, I served true copies of the following document(s) described as **DEFENDANT NATIONAL SECURITIES CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2010, at Los Angeles, California.

/s/
June E. Barrett

3766v1

3