JEFFREY K. RIFFER (State Bar No. 87016)
jriffer@elkinskalt.com
SUSAN C. V. JONES (State Bar No. 149446)
sjones@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California  90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants NATIONAL SECURITIES CORP. and NATIONAL HOLDINGS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, et al., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>CULLUM & BURKS SECURITIES, INC., et al.,<br><br>         Defendants. | CASE No. SACV 09-1084 DOC(RNBx)<br><br>DEFENDANT NATIONAL HOLDINGS CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT<br><br>Date:     May 24, 2010<br>Time:    8:30 a.m.<br>Place:    Ctrm 9D |
| This document relates to:<br>No. 09-SACV-1084 DOC (RNBx)<br>No. 09-SACV-1295 DOC (RNBx)<br>No. 09-SACV-1340 DOC (MLG)<br>No. 09-SACV-8482 DOC (RNBx) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on May 24, 2010, in Courtroom 9D of the above-referenced Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, the Honorable David O. Carter presiding, Defendant National Holdings Corp. ("National Holdings") will and hereby does move to dismiss the Consolidated

3768v1

Amended Class Action Complaint (the "Complaint") of Plaintiffs.

**This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 19, 2010.**

This Motion is made on the grounds that Plaintiffs fail to satisfy the pleading requirements of Federal Rule of Civil Procedure 8; Plaintiffs fails to state a claim under Section 12(a)(1) or Section 12(a)(2) of the Securities Act of 1933, 15 U.S.C. § 77l(a)(1) and (a)(2); and Plaintiffs fail to state a claim under Section 15 of the Securities Act of 1933.  15 U.S.C. § 77o.  Accordingly, National Holdings hereby moves the Court to dismiss the Complaint, in its entirety, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the Notice of Motion and Motion and Memorandum of Points and Authorities filed by co-defendants Ameriprise Financial, Inc. and Securities America Financial Corp.; the Notice of Motion and Motion and Memorandum of Points and Authorities filed by co-defendant Securities America, Inc.; all pleadings and papers on file in this action; and any additional documents or argument that may be presented to the Court at the time of the hearing.

DATED:  March 1, 2010    ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP


By:  /s/  Susan C. V. Jones
Susan C. V. Jones
Attorneys for Defendants NATIONAL SECURITIES CORP. and NATIONAL HOLDINGS CORP.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1800 Century Park East, 7th Floor, Los Angeles, California 90067.

On March 1, 2010, I served true copies of the following document(s) described as **DEFENDANT NATIONAL HOLDINGS CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 1, 2010, at Los Angeles, California.

/s/
June E. Barrett

3768v1

3