1  BRUCE M. BETTIGOLE (Admitted *Pro Hac Vice*)
   bruce.bettigole@sutherland.com
2  DEBORAH G. HEILIZER (Admitted *Pro Hac Vice*)
   deb.heilizer@sutherland.com
3  SUTHERLAND ASBILL & BRENNAN LLP
   1275 Pennsylvania Ave., NW
4  Washington, DC 20004-2415
   Telephone: (202) 383-0100
5  Facsimile: (202) 637-3593

6  MIKE MARGOLIS, ESQ. SBN: 087785
   margolis@winlaw.com
7  TIMOTHY J. MARTIN, ESQ. SBN: 150304
   tmartin@winlaw.com
8  MARGOLIS & TISMAN LLP
   444 South Flower Street, Suite 2300
9  Los Angeles, California 90071
   Telephone: (213) 683-0300
10 Facsimile: (213) 683-0303

11 Attorneys for Defendants
   AMERIPRISE FINANCIAL, INC., SECURITIES AMERICA, INC.
12 and SECURITIES AMERICA FINANCIAL CORPORATION

13

14                  **UNITED STATES DISTRICT COURT**

15               **CENTRAL DISTRICT OF CALIFORNIA**

16                     **SOUTHERN DIVISION**

| | |
|---|---|
| 17  JANA MCCOY, et al., on behalf of themselves and all others similarly situated, | Case No. SACV 09-1084 DOC(RNBx) |
| 18  | **NOTICE OF MOTION AND** |
| 19            Plaintiffs | **MOTION OF DEFENDANT** |
| 20      v. | **SECURITIES AMERICA, INC. TO DISMISS THE CONSOLIDATED** |
| 21  CULLUM & BURKS SECURITIES, | **AMENDED CLASS ACTION** |
| 22  INC., et al., | **COMPLAINT** |
| 23            Defendants. | |
| 24  This document relates to: | **Date:     May 24, 2010** |
| 25  No. 09-SACV-1084 DOC (RNBx) | **Time:     8:30 a.m.** |
| 26  No. 09-SACV-1295 DOC (RNBx) | **Place:    Ctrm 9D** |
|     No. 09-SACV-1340 DOC (MLG) | |
| 27  No. 09-SACV-8482 DOC (RNBx) | |

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

NOTICE OF MOTION AND MOTION OF DEFENDANT SECURITIES AMERICA,
INC. TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Printed on Recycled Paper

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that on May 24, 2010, at 8:30 a.m. in Courtroom 9D

3   of the United States Courthouse, 411 West Fourth Street, Santa Ana, California, the

4   Honorable David O. Carter presiding, Defendant Securities America, Inc. ("Securities

5   America") will move this Court for an Order dismissing the consolidated amended

6   class action complaint (the "Complaint") of Lead Plaintiffs Jana McCoy, Henry

7   Mitchell, Jeff Huber, Alvin and June Sabroff, James and Cheryl Merrill, and Don

8   Ribacchi ("Plaintiffs"). This Motion is made pursuant to Federal Rule of Civil

9   Procedure 12(b)(6) because the Complaint fails to state any claim upon which relief

10  can be granted against Securities America. More specifically, the two claims alleged

11  against Securities America in the Complaint are Count I – Violations of Section

12  12(a)(1) of the Securities Act, and Count II – Violations of Section 12(a)(2) of the

13  Securities Act. Plaintiffs have failed to allege sufficient facts to support either of

14  these two claims against Securities America. In addition, the facts alleged by

15  Plaintiffs establish that the Count I claim for violations of Section 12(a)(1) of the

16  Securities Act is time-barred. Dismissal of the Complaint therefore is proper.

17        This Motion is made following the conference of counsel pursuant to Local

18  Rule 7-3 which took place on February 19, 2010.

19        This Motion will be based upon this Notice of Motion, the Memorandum of

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

1

NOTICE OF MOTION AND MOTION OF DEFENDANT SECURITIES AMERICA,
INC. TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Printed on Recycled Paper

M2Dismiss(SAI)_100524_Ntc

1   Points and Authorities in support thereof, and all other matters which may be

2   properly presented to the Court in connection with this Motion.

3

4   Dated:  March 1, 2010            BRUCE M. BETTIGOLE
                                     DEBORAH G. HEILIZER
5                                    PETER LIGH
                                     SUTHERLAND ASBILL & BRENNAN LLP
6

7

8                                    By: /s/ Bruce M. Bettigole
                                         Bruce M. Bettigole
9

10

11                                   MIKE MARGOLIS
                                     TIMOTHY J. MARTIN
12                                   MARGOLIS & TISMAN LLP

13

14                                   By: /s/ Timothy J. Martin
                                         Timothy J. Martin
15

16                                   Attorneys for Defendants
                                     AMERIPRISE FINANCIAL, INC., SECURITIES
17                                   AMERICA, INC. and SECURITIES AMERICA
                                     FINANCIAL CORPORATION
18

19

20

21

22

23

24

25

26

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

2

Printed on Recycled Paper

NOTICE OF MOTION AND MOTION OF DEFENDANT SECURITIES AMERICA,
INC. TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT