BRUCE M. BETTIGOLE (Admitted *Pro Hac Vice*)
bruce.bettigole@sutherland.com
DEBORAH G. HEILIZER (Admitted *Pro Hac Vice*)
deb.heilizer@sutherland.com
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone:  (202) 383-0100
Facsimile:  (202) 637-3593

MIKE MARGOLIS, ESQ. SBN: 087785
margolis@winlaw.com
TIMOTHY J. MARTIN, ESQ. SBN: 150304
tmartin@winlaw.com
MARGOLIS & TISMAN LLP
444 South Flower Street, Suite 2300
Los Angeles, California 90071
Telephone: (213) 683-0300
Facsimile: (213) 683-0303

Attorneys for Defendants
AMERIPRISE FINANCIAL, INC., SECURITIES AMERICA, INC.
and SECURITIES AMERICA FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, et al., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs<br>    v.<br><br>CULLUM & BURKS SECURITIES, INC., et al.,<br><br>         Defendants. | Case No. SACV 09-1084 DOC(RNBx)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS AMERIPRISE FINANCIAL, INC. AND SECURITIES AMERICA FINANCIAL CORP. TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |
| This document relates to:<br>No. 09-SACV-1084 DOC (RNBx)<br>No. 09-SACV-1295 DOC (RNBx)<br>No. 09-SACV-1340 DOC (MLG)<br>No. 09-SACV-8482 DOC (RNBx) | **Date:**       **May 24, 2010**<br>**Time:**       **8:30 a.m.**<br>**Place:**      **Ctrm 9D** |

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

NOTICE OF MOTION AND MOTION OF DEFENDANTS AMERIPRISE AND SAFC TO
DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Printed on Recycled Paper

M2Dismiss(AFI&SAFC)_100524_Ntc

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 24, 2010, at 8:30 a.m. in Courtroom 9D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California, the Honorable David O. Carter presiding, Defendants Ameriprise Financial, Inc. ("Ameriprise") and Securities America Financial Corporation ("SAFC") (collectively, "Ameriprise/SAFC") will move this Court for an Order dismissing the consolidated amended class action complaint (the "Complaint") of Lead Plaintiffs Jana McCoy, Henry Mitchell, Jeff Huber, Alvin and June Sabroff, James and Cheryl Merrill, and Don Ribacchi ("Plaintiffs"). This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state any claim upon which relief can be granted against Ameriprise/SAFC. More specifically, the sole claim alleged against Ameriprise/SAFC in the Complaint is Count III – Violations of Section 15 of the Securities Act. Plaintiffs have failed to allege sufficient facts to support this claim against Ameriprise/SAFC. Dismissal of the Complaint therefore is proper.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on February 19, 2010.

This Motion will be based upon this Notice of Motion, the Memorandum of

///
///
///
///
///
///
///
///
///
///

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

1

Printed on Recycled Paper

M2Dismiss(AFI&SAFC)_100524_Ntc

1  Points and Authorities in support thereof, and all other matters which may be
2  properly presented to the Court in connection with this Motion.

3

4  Dated:  March 1, 2010              BRUCE M. BETTIGOLE
5                                     DEBORAH G. HEILIZER
                                      PETER LIGH
6                                     SUTHERLAND ASBILL & BRENNAN LLP

7

8                                     By: /s/ Bruce M. Bettigole
9                                          Bruce M. Bettigole

10

11                                    MIKE MARGOLIS
                                      TIMOTHY J. MARTIN
12                                    MARGOLIS & TISMAN LLP

13

14                                    By: /s/ Timothy J. Martin
15                                         Timothy J. Martin

16                                    Attorneys for Defendants
17                                    AMERIPRISE FINANCIAL, INC., SECURITIES
                                      AMERICA, INC. and SECURITIES AMERICA
18                                    FINANCIAL CORPORATION

19

20

21

22

23

24

25

26

27

28

MARGOLIS & TISMAN LLP
ATTORNEYS AT LAW

444 SOUTH FLOWER STREET
SUITE 2300
LOS ANGELES
CALIFORNIA 90071

2

Printed on Recycled Paper