JEFFREY K. RIFFER (State Bar No. 87016)
jriffer@elkinskalt.com
SUSAN C. V. JONES (State Bar No. 149446)
sjones@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendants NATIONAL
SECURITIES CORP. and NATIONAL
HOLDINGS CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANA MCCOY, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br>v.<br><br>CULLUM & BURKS SECURITIES, INC., et al.,<br><br>Defendants.<br><br>This document relates to:<br>No. 09-SACV-1084 DOC (RNBx)<br>No. 09-SACV-1295 DOC (RNBx)<br>No. 09-SACV-1340 DOC (MLG)<br>No. 09-SACV-8482 DOC (RNBx) | CASE No. SACV 09-1084 DOC(RNBx)<br><br>DEFENDANT NATIONAL HOLDINGS CORP.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT<br><br>Date: May 24, 2010<br>Time: 8:30 a.m.<br>Place: Ctrm 9D |

Defendant National Holdings Corp. ("National Holdings") respectfully submits this Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss the Consolidated Amended Class Action Complaint (the "Complaint").

///

///

8501v1

## I. PREFATORY STATEMENT

Plaintiffs' Opposition does nothing to cure, and in fact compounds, the flaws of their Complaint. In their Complaint and again in their Opposition, Plaintiffs describe a complex and nefarious alleged scheme to defraud investors and misappropriate funds by a group of entities they label "the Medical Capital entities." The Medical Capital entities are not a party to this lawsuit. What Plaintiffs fail to do, either in the Complaint or in the Opposition, is plead any facts showing an involvement, participation or role in this scheme by Defendant National Holdings. To the contrary, in their Complaint and again in their Opposition, Plaintiffs merely lump all so-called "Control Person Defendants" together on page 1, and only refer to National Holdings by name once more in the whole 34-page omnibus opposition brief.

Plaintiffs' claims against these Control Person Defendants, including National Holdings, are even more threadbare than their claims against the so-called Broker Defendants. Apparently, Plaintiffs recognize the insubstantial nature of these claims: they devote only 5 pages of their 34-page omnibus Opposition to their claims against the alleged Control Person Defendants. Plaintiffs do not offer a single additional fact to implicate any of the Control Person Defendants either in the grand-scale fraudulent scheme described in the Complaint and the Opposition, or even more narrowly in the day-to-day affairs or actions of any of the Broker Defendants. The Complaint and the Opposition make it clear that the only reason Plaintiffs have inserted the Control Person Defendants into this case is as additional "deep pockets" whose existence they gleaned from "googling" the Broker Defendants.

These issues are discussed in greater detail in the Reply Memorandum of Points and Authorities filed by co-Control Person Defendants Ameriprise Financial, Inc. ("Ameriprise") and Securities America Financial Corporation ("SAFC") (collectively, "Ameriprise/SAFC"). In the interests of keeping duplicative filings to

1 a minimum, National Securities hereby incorporates the Ameriprise/SAFC Reply
2 with regard to the detailed arguments which highlight the inadequacies of Plaintiffs'
3 Complaint. The legal reasoning, authorities and arguments set forth by
4 Ameriprise/SAFC are equally applicable to National Holdings, since the allegations
5 against the parties are substantially the same.
6    For the reasons set forth herein and in National Holdings' moving papers, and
7 in the moving and reply papers of Ameriprise/SAFC, the Court should dismiss the
8 Complaint against National Holdings under Federal Rule of Civil Procedure
9 12(b)(6).

## II. PLAINTIFFS' COMPLAINT FAILS TO STATE A CLAIM AGAINST NATIONAL HOLDINGS OR ANY CONTROL PERSON DEFENDANT

As highlighted in Defendants' moving papers, Plaintiffs' Complaint against the Control Person Defendants is rife with fundamental flaws. The Opposition offers no suggestions to cure those flaws. Rather, it asks the Court to ignore them and permit Plaintiffs to pursue claims against the Control Person Defendants based upon an almost complete absence of factual allegations of wrongdoing. The Court should dismiss Plaintiffs' Complaint against the Control Person Defendants in general, and National Holdings in particular, for a number of reasons.

First, since the Complaint fails against the Broker Defendants, it necessarily fails against the Control Person Defendants too, since Plaintiffs' claims against them depend upon stating claims against the Broker Defendants. Inasmuch as Plaintiffs fail to do that, and their Opposition fails to offer a cure for that deficiency, then Plaintiffs' secondary claims against the Control Person Defendants fail as well. *See* Ameriprise/SAFC Reply, and Reply Memoranda of Points and Authorities of National Securities and Securities America, Inc. ("Securities America"), incorporated herein by this reference.
///

1  Second, contrary to the unfounded statements in the Opposition, merely labeling "Control Person Defendants" as such, and alleging that they have some financial interest in the Broker Defendants, is insufficient to keep them in the case. To the contrary, Plaintiffs must allege some **facts** showing that National Holdings either had the power to influence or control National Securities, or actually did exercise such power or control. The Complaint alleges no such facts, and Plaintiffs do not suggest in their Opposition that they are aware of any. Thus, the claim fails. *See* Ameriprise/SAFC Reply, incorporated herein by this reference.

### III. CONCLUSION

For the reasons set forth herein, in National Holdings moving papers, and in the moving and reply papers of National Securities, Securities America and Ameriprise/SAFC as specified and incorporated herein, the Court should dismiss the Complaint against National Holdings.

DATED: April 28, 2010

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP


By: /s/ Susan C. V. Jones
Susan C. V. Jones
Attorneys for Defendants NATIONAL SECURITIES CORP. and NATIONAL HOLDINGS CORP.

8501v1

4

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1800 Century Park East, 7th Floor, Los Angeles, California 90067.

On April 28, 2010, I served true copies of the following document(s) described as **DEFENDANT NATIONAL HOLDINGS CORP.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2010, at Los Angeles, California.

/s/ June E. Barrett
June E. Barrett

8501v1

5