UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SAML10-2145 DOC (RNBx) | Date   June 14, 2010 |
| | SACV09-1084 DOC (RNBx) | |
| | SACV10-0478 DOC (RNBx) | |
| | SACV10-0548 DOC (RNBx) | |
| | SACV10-0549 DOC (RNBx) | |
| | SA CV09-1048-DOC(RNBx) | |

Title   IN RE. MEDICAL CAPITAL SECURITIES SECURITY LITIGATION

| Present: The Honorable | DAVID O. CARTER, U.S. District Judge | |
|---|---|---|
| Stephanie Mikhail | Debbie Gale, Jane Sutton-Rule, Sharon Seffens | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Rothstein | Nicholas T. Christakos |
| Jonathan Levine | Julia J. Rider |
| Dena Connolly Sharp | Orly Davidi |
| Jeffrey B. Kaplan | Marc TG Dworsky |
| Scott L. Adkins | Joel Alan Feuer |
| Douglas Vern Thorton | Timothy William Loose |
| Wm. Randolph Turnbow\ | Timothy Martin |
| Dan Drachler | Lawrence Barth |
| David Azar | Matthew Macdonald |
| Mark Molumphy | Christine Dusbabek |
| | Jeffrey Riffer |
| | Jason L. Haas |

Proceedings:   INITIAL STATUS CONFERENCE (EVIDENTIARY HEARING)

The matter is called. Counsel state their appearances. Court addresses counsel. Counsel argue. Court and counsel confer regarding case management and discovery. Counsel confer on and off the record regarding their selection of discovery and special electronic discovery masters. At the request of counsel for movants Christa and Katrina Zinner, a hand-written chart is filed and admitted into evidence as Exhibit 1. A motion hearing date is set on the following motions on July 8, 2010 at 7:30 a.m.

SA CV 09-1084-DOC (RNBx) <u>Jana McCoy, et. al.  -v- Cullum & Burks Securities Inc., et. al.</u>

1. Motion by Defendant National Holdings Securities Corp to Dismiss Consolidated Amended Class Action Complaint [44]

2. Motion by Defendant National Holdings Corps to Dismiss Consolidated Amended Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

      Action Complaint [45]

   3.    Motion by Defendant Securities America Inc to Dismiss Consolidated Amended Class Action Complaint [46]

   4.    Motion by Defendants Ameriprise Financial and Securities America Financial to Dismiss Consolidated Amended Class Action Complaint [48]

   5.    Request for Judicial Notice in Support of Defendant Capital Financial Services Inc's Motion to Dismiss [64]

   6.    Request for Judicial Notice in Support of Plaintiff's Opposition to Motion to Dismiss [71]

SA CV 10-0478-DOC (RNBx) <u>Ilene Grossbard, et al. -v- Securities America Financial Corp., et al.</u>

   1.    Motion by Defendant Securities America, Inc to Dismiss the Amended Complaint [37, 41]

   2.    Motion by Defendant to Ameriprise Financial Inc to Dismiss the Amended Complaint [39]

SA CV09-01048-DOC(RNBx):<u>Steven Masonek, et al. -v- Wells Fargo Bank, National Association, et al.</u>

   1.    Motion to Dismiss by Defendant Wells Fargo Bank Na and Requests for Judicial Notice [83, 84, 131]

   2.    Motion to Dismiss the Consolidated Class Action Complaint by Defendant the Bank of New York Mellon, Motion to Strike the Prayer for Punitive Damages [85]

   3.    Motion by Defendants the Bank of New York Mellon and Wells Fargo Bank Na for Scheduling Order Staying Discovery [137]

                                                                     0   :   0

Initials of Preparer   sdm